UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATHEW JACOBS, | ) | Case No. CV 11-5122 GAF(JC) |
| Petitioner, | ) ) | (PROPOSED) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| G.D. LEWIS, | ) | JUDGE |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that the Motion to Dismiss is granted and that Judgment be entered denying the Petition and dismissing this action with prejudice as time-barred.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: ____July 11, 2012_____

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE