# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW JACOBS, | Case No. CV 11-5122 GAF(JC) |
| Petitioner, | (PROPOSED) |
| v. | JUDGMENT |
| G.D. LEWIS, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted, the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice as time-barred.

DATED: ____July 11, 2012_____

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE